AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jonathan Jones ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:22-cv-530 |
| City of Cincinnati, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Jones's Motion for Leave to File Amended Complaint (Doc. 17) is denied. Because that means Jones's Amended Complaint will not be filed, the Court denies Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 18), although the Court notes that the Defendants essentially achieved the outcome they sought through that motion. The Court also denies both Jones's Motion for Leave to Add Additional Materials (Doc. 22) and his Motion for Leave to File Reply (Doc. 23). And, because this is Jones's second failed attempt to raise viable claims in this cause of action, the Court dismisses Jones's Title VII and § 1983 claims with prejudice and his remaining state-law claims without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 2/21/24

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk